**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BENJAMIN L. HAMMER,<br><br>      Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>      Defendants. | Case No. 23-cv-2763-MJS |

## <u>ORDER GRANTING JOINT MOTION TO STAY</u>

This matter is before the Court on a Joint Motion for Stay of Proceedings (ECF No. 35). This case has been deemed related to another declaratory judgment action, *USAA Casualty Insurance Co. v. Truck Insurance Exchange, et al.*, No. 24-cv-3237-MJS. The parties represent that although they attempted to mediate this case in November 2024, they now anticipate being unable to resolve this matter until the related declaratory judgment action is resolved.

On review, the Court **GRANTS** the joint motion and **STAYS** this action in its entirety to allow the related case to move forward. Given the stay, the Court **VACATES** the status hearing that had previously been scheduled for January 16, 2024. Further, per the parties' agreement, this Order **STAYS** any potential assessment of pre-judgment interest as of January 13, 2025. While the case remains stayed, the parties are **ORDERED** to file a joint status report no later than ninety (90) days from the date of this Order, and again every ninety (90) days thereafter.

     **SO ORDERED**.

Dated: January 14, 2024

                                          _____
                                          MATTHEW J. SHARBAUGH
                                          United States Magistrate Judge